UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE:<br><br>ANTONIO DONDRE WATTS<br>RAQUEL MONINA WATTS<br><br>        Debtors | Chapter 7<br>Case No. 18-20067-DER |
| NATIONSTAR MORTGAGE LLC D/B/A<br>MR. COOPER<br><br>        Movant<br><br>v.<br><br>ANTONIO DONDRE WATTS<br>12 NORMAN CREEK CT<br>ESSEX, MD 21221<br><br>RAQUEL MONINA WATTS<br>12 NORMAN CREEK CT<br>ESSEX, MD 21221<br>        (Debtors)<br><br>ZVI GUTTMAN<br>P.O. BOX 32308<br>BALTIMORE, MD 21282-2308<br>        (Trustee)<br><br>        Respondents | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant") by undersigned counsel, respectfully moves this Honorable Court to terminate the Automatic Stay as to the real property located at 4026 Ardley Avenue, Baltimore, MD 21213 ("Property"), and, as grounds therefore, states as follows:

1. This proceeding seeking relief under 11 U.S.C. § 362(d) and 11 U.S.C. § 1301(c)(3) is a contested matter within the meaning of Fed. R. Bankr. P. 4001 and 9014, and this

court has jurisdiction over this matter pursuant to 28 U.S.C. § 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G) and (b)(2)(O). Venue is proper pursuant to 28 U.S.C. § 1409(a).

2. On July 31, 2018, the above named Debtors, Antonio Dondre Watts and Raquel Monina Watts ("Debtors"), filed in this court a Petition under Chapter 7 of the United States Bankruptcy Code. Zvi Guttman was appointed Chapter 7 trustee.

3. On or about June 25, 2009, Antonio D. Watts executed and delivered to Nationstar Mortgage LLC a Note in the amount of SEVENTY-SIX THOUSAND FOUR HUNDRED THREE DOLLARS AND NO CENTS ($76,403.00), plus interest at the fixed rate of 5.75% per annum, to be paid over thirty (30) years.

4. The Note was later transferred to Movant and Movant held the Note at the time of the foreclosure sale.

5. To secure the repayment of the sums due under the Note, Antonio D. Watts executed and delivered to Nationstar Mortgage LLC a Deed of Trust dated June 25, 2009, encumbering the real property ("Property") described as:

> That parcel of ground situate in Baltimore City, Maryland and described as follows, that is to say: Beginning for the same on the northeastern side of Ardley Avenue at the distance of 346.17 feet southeasterly measured along the northeastern side of Ardley Avenue from the southeastern side of Elmora Avenue which place of beginning is at a point in line with the center line of a partition wall there erected and running thence southeasterly binding on the northeastern side of Ardley Avenue 16 feet to a point in line with the center of another partition wall there erected thence running northeasterly to, through and along the center line of said last mentioned partition wall to the end thereof and continuing the same course in all 105.75 feet to the southwestern side of an alley 16 feet wide there situate running northwesterly binding on the southwestern side of said alley with the use thereof in common with others, 16 feet to meet a line drawn northeasterly from the place of beginning to, through and along the center of the partition wall first above mentioned in this description, thence running southwesterly reversing said line so drawn and binding thereon 106.07 feet to the place of beginning.

which has the address of 4026 Ardley Avenue, Baltimore, MD 21213.

6. That pursuant to 11 U.S.C. § 362(d)(1), upon request of a party in interest, the court shall grant relief from stay for cause, including lack of adequate protection of an interest in property of such party in interest.

7. That prior to Debtors filing the instant bankruptcy case and pursuant to a default in the terms of said Deed of Trust, a foreclosure sale was conducted on June 27, 2018.

8. At the foreclosure sale, the successful bid was in the amount of $45,000.00.

9. JT Homes, LLC was the successful bidder at the aforementioned foreclosure sale. A copy of the Report of Sale is attached as **Exhibit A** and incorporated herein.

10. That as a result of the foreclosure sale the Deed of Trust was extinguished under state law.

11. That after the foreclosure sale, but prior to Movant being able to record the Sheriff's Deed, the Debtors filed this Chapter 7 bankruptcy case.

12. The continuation of the Automatic Stay will cause Movant significant prejudice.

13. Cause exists to terminate the Automatic Stay to permit Movant to exercise its non-bankruptcy rights and remedies with respect to the Mortgage pursuant to § 362(d)(1) of the Bankruptcy Code.

WHEREFORE, Nationstar Mortgage LLC d/b/a Mr. Cooper prays that this Court issue an order terminating or modifying the Automatic Stay under 11 U.S.C. § 362, as to the property located at 4026 Ardley Avenue, Baltimore, MD 21213, and granting the following:

That the Automatic Stay, as to Nationstar Mortgage LLC d/b/a Mr. Cooper, relative to the property located at 4026 Ardley Avenue, Baltimore, MD 21213 is hereby lifted.

That upon entry of this order Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and assigns, may pursue its state law remedies, including, but not limited to contacting the

Debtors directly to discuss loss mitigation or beginning eviction proceedings at its sole discretion.

    That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

    That entry of the order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3).

    For such other relief as the Court deems just and equitable.

Date: __August 27, 2018_____

    Respectfully submitted,

    ___/s/ Namrata Loomba_____
Kathryn Smits, Bar #13912
Namrata Loomba, Bar #20053
Sameera Navidi, Bar #20126
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703)777-7101
Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper
ksmits@orlans.com
nloomba@orlans.com
snavidi@orlans.com

CERTIFICATE OF SERVICE

The undersigned states that on <u>August 27, 2018</u>, copies of the foregoing Motion for Relief were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Zvi Guttman
P.O. Box 32308
Baltimore, MD 21282-2308
zguttman@gmail.com
*Bankruptcy Trustee*

David M. Grossman
201 N. Charles Street
Suite 1504
Baltimore, MD 21201
david@davidgrossmanlaw.com
*Debtors' Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Motion for Relief to the following non-ECF participants:

Antonio Dondre Watts
12 Norman Creek Ct
Essex, MD 21221
*Debtor*

Raquel Monina Watts
12 Norman Creek Ct
Essex, MD 21221
*Debtor*

          /s/ Namrata Loomba
Kathryn Smits, Esquire
Namrata Loomba, Esquire
Sameera Navidi, Esquire